UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHAREESE DESHONETTE WILSON,

Plaintiff,

v.

Case No. 26-cv-2072-bhl

MILWAUKEE AREA TECHNICAL COLLEGE,

Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IFP

On November 6, 2026, Plaintiff Chareese Wilson, proceeding without an attorney, filed a complaint against her employer, Milwaukee Area Technical College. (ECF No. 1.) She also filed a motion to proceed without prepayment of the filing fee, or *in forma pauperis* (IFP). (ECF No. 2.)

The Court has authority to allow a plaintiff to proceed IFP upon the submission of an affidavit that identifies the plaintiff's assets and allows the Court to find that the plaintiff is unable to pay the filing fee. *Cf.* 28 U.S.C. §1915(a)(1). Wilson is unmarried and supports no dependents. (*Id.* at 1.) She earns $1,625.38 in monthly wages. (*Id.* at 2.) In the past twelve months, she received $13,783.00 in Social Security Disability Insurance benefits, which she describes as a "Net Deposit" for "Medicare deductions." (*Id.* at 2.) She further reports that she no longer receives SSDI payments. (ECF No. 2-1 at 4.) Her monthly expenses include $375.00 in rent, $150.00 in credit card payments, and $320.00 in additional expenses. (ECF No. 2 at 3.) She does not own a car or have any other property of value. (*Id.* at 3–4.) She has $5.00 in cash, checking, or savings. (*Id.* at 3.) She indicates that she surrendered her car during Chapter 7 bankruptcy proceedings and is living with a friend temporarily. (ECF No. 2-1 at 4.) She further indicates that she has been unable to afford regular medical care and has outstanding medical debt but does not indicate the amount of that debt. (*Id.*)

Wilson's affidavit is insufficient to support her motion. As an initial matter, Wilson reports substantial monthly income that exceeds her reported expenses by $780.38. (ECF No. 2 at 2–3.)

From this information, she is not indigent and appears capable of paying the filing fee. Accordingly, given the totality of the circumstances, Wilson has not established that she is sufficiently indigent to warrant a fee waiver, and the Court will therefore deny her motion *without prejudice*. *See* 28 U.S.C. §1915(a)(1); *see also Zaun v. Dobbin*, 628 F.2d 990, 992–93 (7th Cir. 1980). If Wilson wishes to continue her case, she can either pay the filing fee or renew her motion to proceed IFP with a more complete affidavit. The total cost of filing a civil action is $405.00, which includes the $350.00 statutory filing fee and a $55.00 administrative fee. If she chooses to renew her motion and provide a more complete affidavit, she should describe her monthly debt payments, whether she is paying more than the minimum required payment, and provide a total of her expenses that includes any additional expenses she did not include in this affidavit. Wilson must either renew her motion or pay the filing fee by December 21, 2026. If she does not do so, the Court will dismiss her case for failure to prosecute. *See* Civil L.R. 41(c).

Accordingly,

**IT IS HEREBY ORDERED** that Wilson's Motion to Proceed Without Prepayment of the Filing Fee, ECF No. 2, is **DENIED without prejudice**. Wilson must either renew her motion to proceed IFP, and provide a more complete affidavit, or pay the filing fee by **December 21, 2026**. If Wilson does not renew her motion or pay the filing fee, her case will be dismissed for failure to prosecute, pursuant to Civil L.R. 41(c).

Dated at Milwaukee, Wisconsin on November 19, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge